
USCA1 Opinion

	




                         [NOT FOR PUBLICATION]

                    UNITED STATES COURT OF APPEALS
                         FOR THE FIRST CIRCUIT
                         ____________________


No. 97-1873


                        JORGE GONZALEZ-VAZQUEZ,

                        Petitioner, Appellant,

                                  v.

                       UNITED STATES OF AMERICA,

                         Respondent, Appellee.

                         ____________________


             APPEAL FROM THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF PUERTO RICO

         [Hon. Raymond L. Acosta, U.S. Senior District Judge]

                         ____________________

                                Before

                        Boudin, Stahl and Lynch,
                            Circuit Judges.

                         ____________________

    Jorge Gonzalez-Vazquez on brief pro se.
    Guillermo Gil, United States Attorney, Nelson Perez-Sosa,
Assistant United States Attorney, Rosa E. Rodriguez-Velez, Executive
Assistant United States Attorney, and Jose A. Quiles-Espinosa, Senior
Litigation Counsel, on brief for appellee.


                         ____________________
                                   
                             April 2, 1998
                         ____________________


           Per Curiam.  Jorge Gonzalez-Vazquez appeals pro se from
    the district court's dismissal of his motion pursuant to 28
    U.S.C.  2255.  Because the motion was filed before the
    Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA")
    took effect, AEDPA does not apply.
        Petitioner's central argument on appeal is that his
    attorney provided ineffective assistance of counsel by failing
    to rebut the government's evidence in support of the two-level
    enhancement under U.S.S.G.  2D1.1(b)(1).  We reject that
    argument for substantially the same reasons stated by the
    district court in its Order Dismissing 28 U.S.C.  2255
    Petition, dated June 5, 1996.
        The remaining issues raised by petitioner in this appeal
    were not raised before the district court.  "This circuit
    religiously follows the rule that issues not presented to the
    district court cannot be raised on appeal."  Ouimette v. Moran,
    942 F.2d 1, 12 (1st Cir. 1991).  Even were we to consider those
    issues, they would not entitle petitioner to relief as they are
    entirely without merit.
        Affirmed.
    

